# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE ASHLEY,<br><br>                               Plaintiff,<br>   vs.<br>OCWEN LOAN SERVICE, et al.,<br><br>                              Defendants. | CASE NO. 06cv1218 BTM (JMA)<br><br>**ORDER ENTERING JUDGMENT OF DISMISSAL** |

On February 5, 2007, the Court entered an order denying Plaintiff's motion to proceed *in forma pauperis* and dismissing the complaint for failure to state a claim upon which relief may be granted. The Court granted Plaintiff 30 days to: a) file an amended complaint which properly stated her claim for relief; and (b) prepay the entire $350 civil filing fee in full or complete and file an amended application to proceed IFP, which remedied the deficiencies identified in the Court's order. Plaintiff has failed to submit any filings in response to the Court's order. Accordingly, the Clerk is directed to enter judgment dismissing the case without prejudice.

**IT IS SO ORDERED.**

DATED: March 8, 2007

_____
Hon. Barry Ted Moskowitz
United States District Judge